## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### *February 22, 2007*

[Cite as *02/22/2007 Case Announcements,* 2007-Ohio-709.]

## MOTION AND PROCEDURAL RULINGS

**2006–1858.   Reihard v. Trumbull Cardiovascular Care, Inc.**
Trumbull App. No. 2005–T–0073, 2006-Ohio-4312. This cause is pending before the court on appellants' motion for reconsideration. Upon consideration of appellee's motion to strike motion for reconsideration,

It is ordered by the court that the motion is denied.

It is further ordered, sua sponte, that appellee may file a memorandum opposing the motion for reconsideration within seven days from the date of this entry.

**2007–0180.   Wittstein v. Wittstein.**
Madison App. No. CA2006–03–013, 2006-Ohio-6707. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution of judgment,

It is ordered by the court that the motion is denied.

**In re application for leave to file original action in mandamus against the Third Appellate District Judges by Romane Rickels**
On November 29, 2006, this court found Roman Rickels to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Rickels was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On February 12, 2007, Rickels submitted an application for leave to file an original action in mandamus against the Third Appellate District Judges. Upon review of the proffered filing, the court finds it to be without merit. Accordingly,

It is ordered by the court that Romane Rickel's February 12, 2007, application for leave is denied.

## MISCELLANEOUS DISMISSALS

**2006–1864.   Westfield Ins. Co. v. Factfinder Marketing Research, Inc.**
Hamilton App. No. C–050580, 168 Ohio App.3d 391, 2006-Ohio-4380. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.